AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN 11 AM 11:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDM_ DEPUTY

UNITED STATES OF AMERICA
V.
David GONZALEZ

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

CASE NUMBER: '07 MJ 2923

YOU ARE HEREBY COMMANDED to arrest    David GONZALEZ

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition   [ ] Pretrial Violation

RECEIVED 2008 JAN 10 A 9:20 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

charging him or her with (brief description of offense)

Possession of a firearm by a convicted felon.

In violation of Title    18    United States Code, Section(s)  922(g)(1)

WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_/s/ W McCurine Jr._
Signature of Deputy

Title of Issuing Officer

12/18/07   San Diego, CA
Date and Location

WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE
The Honorable
Name of Judicial Officer

Bail fixed at $ No Bail    [Bail]    by

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at RJ DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/18/07 | JOSEPH MOKOS SPECIAL AGENT ATF | _/s/_ |
| DATE OF ARREST 1/8/08 | | |